IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LORRAINE R. BARBER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. L-00-3539 |
| MICHAEL CRAIG RIGGLES, et al. | * | |
| Defendants | * | |

\* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Plaintiff's Motion for Leave to File an Amended Complaint, and after review of the same, it is this 27th day of April, 2001, by the United States District Court for the District of Maryland,

ORDERED that said Motion be, and the same is hereby, GRANTED.

_____
JUDGE
UNITED STATES DISTRICT COURT